COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00027-CV |
| Style: | Tory House, et al. v. The O'Quinn Law Firm, John M. O'Quinn & Associates, L.L.P., and T. Gerald Treece as Independent Executor of the Estate of John M. O'Quinn, Deceased |
| Date motion filed[*]: | October 23, 2014 |
| Type of motions: | Unopposed Motion to Withdraw as Counsel of Record |
| Parties filing motions: | Appellees The O'Quinn Law Firm and John M. O'Quinn & Associates, L.L.P.'s counsel Mike O'Brien |
| Document to be filed: | N/A |

Is appeal accelerated?     No

Ordered that motions are:

☐ Granted

     If document is to be filed, document due:

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒   Other: _____

**The motion to withdraw as counsel for the above appellees, construed as a motion for substitution because it states that the law firm of McFall, Breitbeil & Eidman, PC, will remain as appellees' counsel, is denied without prejudice as currently filed as the McFall firm has yet to file notices of appearances in this Court. *See* TEX. R. APP. P. 6.2, 6.5(d). If counsel Mike O'Brien files a motion for substitution that complies with Rules 6.5(d) and 6.2, this Court will reconsider such a motion.**

Judge's signature: /s/ Evelyn V. Keyes
                   ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date:  October 30, 2014
November 7, 2008 Revision